The People of the State of New York, Respondent,
against
Ayquel Cepeda, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Eileen Koretz, J.H.O.), rendered October 5, 2016, convicting her, upon her plea of guilty, of unlicensed driving, and imposing sentence.




Per Curiam.
Judgment of conviction (Eileen Koretz, J.H.O.), rendered October 5, 2016, affirmed.
Our review of the record indicates that defendant's guilty plea was knowing, intelligent and voluntary. Defendant pleaded guilty to unlicensed driving, a traffic infraction, in exchange for a $100 fine, in satisfaction of an accusatory instrument whose top count was aggravated unlicensed operation of a motor vehicle in the third degree, an unclassified misdemeanor. At the plea proceeding, defendant admitted to driving without a license, personally confirmed that she was pleading guilty voluntarily, that she had "discussed the case" with counsel and that she understood she was waiving the right to a trial. Thus, the record as a whole establishes defendant's understanding and waiver of her constitutional rights, despite the absence of a full enumeration of all the rights waived (see People v Sougou, 26 NY3d 1052, 1054 [2015]; People v Simmons, 138 AD3d 520 [2016], lv denied 27 NY3d 1139 [2016]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 14, 2018